| 1. Person Reporting (Last name, First name, Middle initial) Haynes II, William J | 2. Court or Organization U.S. Court of Appeals 4th Circ | 3. Date of Report 10/2/2003 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Judge Nominee | 5. ReportType (check appropriate type) ⦿ Nomination, Date 9/29/2003 ◯ Initial ◯ Annual ◯ Final | 6. Reporting Period 1/1/2002 to 10/2/2003 |
| 7. Chambers or Office Address Department of Defense 1600 Defense Pentagon Washington, D.C. 20301-1600 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

] NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Maryville College National Advisory Council |

## AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

] NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1999 | General Dynamics Corporation Defined Benefit Plan (approximately $464 per month beginning March 2023) |

## I. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

] NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2001 | Jenner & Block (Law Partnership Income) | $288,000.00 |
| 2. | 2002-03 | Tier Technology (Employment) | |

## REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

] NONE - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|--------|-------------|
| Exempt | |

## GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

| NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|--------|-------------|-------|
| Exempt | | |

## I. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

] NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|----------|-------------|------------|
| Dependent's School | Tuition | K |
| Dependent's School | Tuition | K |

## REIMBURSEMENTS — transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

] NONE - (No such reportable reimbursements.)

## I. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

| Name of Person Reporting | Date of Report |
|---|---|
| Haynes II, William J | 10/2/2003 |

## II. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| USAA Account | A | Interest | K | T | EXEMPT | | | | |
| USAA Brokerage Account | A | Interest | M | T | | | | | |
| PFCU Account | A | Interest | J | T | | | | | |
| Citibank Account | A | Interest | J | T | | | | | |
| U.S. Government Securities Savings Bonds | A | Interest | J | T | | | | | |
| Tier Technologies Common (MCH) | | None | N | T | | | | | |
| Tier Technologies Common (Options) (MCH) | | None | J | T | | | | | |
| America Movil, SA Common | | None | J | T | | | | | |
| Bank of Coweta (stock) Newnan, Georgia Common | | None | J | T | | | | | |
| Owens Corning Common | | None | J | T | | | | | |
| Owens-Illinois, Inc. Common | | None | J | T | | | | | |
| RF Micro Devices Common | | None | J | T | | | | | |
| Telefonos de Mexico Common | | None | J | T | | | | | |
| Wind River Systems, Inc. Common | | None | J | T | | | | | |
| Clipper Fund | A | Dividend | M | T | | | | | |
| Fidelity Advisor Diversified International Fund (MCH) | A | Dividend * | J | T | | | | | |
| Fidelity Advisor Equity Growth Fund (MCH) | A | Dividend | J | T | | | | | |
| Fidelity Advisor Growth and Income Fund (MCH) | A | Dividend | J | T | | | | | |

Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = $More than $50,000,000
Value Method Codes: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2) U = Book Value  V = Other  W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Haynes II, William J | 10/2/2003 |

## II. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| | Amount Code 1 (A-H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| Fidelity Advisor Growth Opportunity Fund (MCH) | A | Dividend | J | T | | | | | |
| Fidelity Advisor Small Cap Fund (MCH) | A | Dividend | J | T | EXEMPT | | | | |
| Fidelity Blue Chip Growth Fund | A | Dividend | K | T | | | | | |
| Fidelity U.S. Bond Index Fund | A | Dividend | J | T | | | | | |
| SSgA Secure Income Fund (MCH) | A | Interest | K | T | | | | | |
| SSgA S&P 500 Index Fund (MCH) | A | Dividend | M | T | | | | | |
| Third Avenue Value Fund | A | Dividend | J | T | | | | | |
| Third Avenue Small Cap Value Fund | A | Dividend | J | T | | | | | |
| Torray Fund | A | Dividend | M | T | | | | | |
| USAA S&P 500 Index Fund | A | Dividend | J | T | | | | | |
| Real Estate Undeveloped Land near Pamlico, North Carolina | | None | J | R | | | | | |
| Mass. Mutual Whole Life Insurance Policy | | None | J | T | | | | | |
| Mass. Mutual Variable Life Insurance Policy | | None | J | T | | | | | |
| Oppenheimer Capital Appreciation (Mass. Mutual) | | None | J | T | | | | | |
| T. Rowe Price College Savings Plan #1 | | None | M | T | | | | | |
| T. Rowe Price College Savings Plan #2 | | None | M | T | | | | | |
| T. Rowe Price College Savings Plan #3 | | None | M | T | | | | | |
| General Dynamics Defined Benefit Plan | | None | J | T | | | | | will pay $464/ mo. beg. 2023 |

| Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| Value Codes | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | P4 = $More than $50,000,000 | | | |
| Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | Y = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Haynes II, William J | 10/2/2003 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Haynes II, William J | 10/2/2003 |

## IX.  CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date _____ October 2, 2003

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544